# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WESLEY ANTWAN GULLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-cv-371 |
| ) | PHILLIPS/SHIRLEY |
| MICHAEL A. LAPAGLIA, MD., ) | |
| METHODIST MEDICAL CENTER OF OAK ) | JURY DEMANDED |
| RIDGE, TEAM HEALTH, INC., ) | |
| SOUTHEASTERN EMERGENCY ) | |
| PHYSICIANS, INC., TAMMY JONES, R.N., ) | |
| JAMES T. AKAGI, JOHN THOMAS, MAX ) | |
| SMITH, JOHN DOES - CITY OF OAK ) | |
| RIDGE POLICE DEPT, JOHN DOES – ) | |
| METHODIST MEDICAL CENTER ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes the Plaintiff, by and through counsel, and files this voluntary dismissal with prejudice of his action against all City Defendants including the City of Oak Ridge, City of Oak Ridge Police Department, James T. Akagi, John Thomas, and Max Smith, pursuant to Federal Rule of Civil Procedure 41(a)(ii). This is entered with prejudice effective immediately upon filing. No admission of liability has been made by these Defendants, and no judgment has been entered against any of them. The Plaintiff further stipulates that this action is not subject to the provisions of the Federal Rule of Civil Procedure 23(e), Federal Rule of Civil Procedure 66, or any statute of the United States prohibiting voluntary dismissal of this action with prejudice. The City Defendants shall not be responsible for any of the Plaintiff's costs or fees, discretionary and otherwise, including Plaintiff's attorney fees.

RESPECTFULLY submitted this 16th day of May, 2013.

**WESLEY GULLEY**

/s Robert L. Jolley, Jr._____
ROBERT L. JOLLEY, JR., BPR No. 4707
800 S. Gay Street, Suite 2100
Knoxville, Tennessee  37929

R. ARTHUR JENKINS, BPR No. 020153
THE JENKINS LAW FIRM
P.O. Box 30104
Knoxville, Tennessee  37930


PETER ALLIMAN, BPR No. 5984
WHITE, CARSON & ALLIMAN
135 College Street
Madisonville, Tennessee  37354


MICHAEL W. RITTER, BPR No. 12229
103 W. Tennessee Ave
Oak Ridge, Tennessee 37830

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Debra Anne Thompson<br>Raymond G. Lewallen, Jr.<br>BAKER, O'KANE, ATKINS & THOMPSON<br>2607 Kingston Pike Ste 200<br>PO Box 1708<br>Knoxville, TN 37901-1708 | F. Michael Fitzpatrick<br>Rachel Park Hurt<br>ARNETT, DRAPER & HAGOOD<br>2300 First Tennessee Plaza<br>PO Box 300<br>Knoxville, TN 37901-0300 |
| Daniel H. Rader III<br>MOORE, RADER, CLIFT & FITZPATRICK<br>46 North Jefferson Avenue<br>Cookeville, Tennessee 38501 | Benjamin K. Lauderback<br>WATSON, ROACH, BATSON, ROWELL & LAUDERBACK, PLC<br>P. O. Box 131<br>Knoxville, Tennessee 37901-0131 |
| Heidi A. Barcus<br>London & Amburn PC<br>607 Market St Ste 900<br>Knoxville, TN 37902 | James G. O'Kane<br>Baker, O'Kane, Atkins & Thompson<br>2607 Kingston Pike Ste 200<br>PO Box 1708<br>Knoxville, TN 37901-1708 |

      Dated this 16th day of May, 2013.

                                        /s Robert L. Jolley, Jr._____
                                        Robert L. Jolley, Jr. BPR No. 4707