UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CIVIL ACTION NO. 12-371-DLB-HBG

WESLEY ANTWAN GULLEY                                              PLAINTIFF

vs.                                **ORDER**

MICHAEL A. LAPAGLIA, et al.                                  DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On August 14, 2013, the Court held a telephonic status conference in this matter to discuss Defendants Methodist Medical Center of Oak Ridge and Tammy Jones' Motion for Summary Judgment (Doc. # 21), as well as Plaintiff's Motion to Hold the Motion for Summary Judgment in Abeyance Until Completion of Discovery. (Doc. # 43). Attorneys Robert Jolley, Arthur Jenkins, and Peter Alliman participated on behalf of Plaintiff. Attorneys Michael Fitzpatrick and Rachel Hurt participated on behalf of Defendants Methodist Medical Center of Oak Ridge and Tammy Jones; Attorney Grant LeWallen participated on behalf of Defendant Michael Lapaglia; and Attorney Jason Long participated on behalf of Defendants Team Health, Inc. and Southeastern Emergency Physicians, Inc. Official Court Reporter Lisa Wiesman recorded the proceedings. Having heard from counsel, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Defendants Methodist Medical Center of Oak Ridge and Tammy Jones' Motion for Summary Judgment (Doc. # 21) is hereby **denied without prejudice** as

1

premature.

(2) Plaintiff's Motion to Hold the Motion for Summary Judgment in Abeyance Until Completion of Discovery (Doc. # 43) is hereby **denied as moot**.

(3) Without objection from counsel, the fact discovery and dispositive motion deadlines are **amended** as follows:

    (a) All fact discovery shall be completed **on or before December 31, 2013**.

    (b) Any dispositive motions shall be filed **on or before February 15, 2014.**

This 14th day of August, 2013.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Knoxville\12-371 Order from 8-14-13 phone conference.wpd

TIC: 20 mins.