UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WESLEY ANTWAN GULLEY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-CV-371 |
| v. | ) | (BUNNING/GUYTON) |
| | ) | |
| MICHAEL A. LAPAGLIA, M.D., *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Plaintiff's Second Motion to Amend Complaint [Doc. 67], in which the Plaintiff moves the Court to allow him to amend his Complaint.

The Court finds, first, that no party has responded in opposition to the Second Motion to Amend Complaint [Doc. 67], and the time for doing so has expired, E.D. Tenn. L.R. 7.1. The Court may treat this failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2. In addition, the Court finds that the Plaintiff has complied with Local Rule 15.1, and the Court finds that the Plaintiff has demonstrated appropriate grounds for granting leave to amend under Rule 15 of the Federal Rules of Civil Procedure.

Based upon the foregoing, the Second Motion to Amend Complaint **[Doc. 67]** is **GRANTED**. The Plaintiff **SHALL FILE** the proposed Amended Complaint, [Doc. 67-1], as his Amended Complaint in this case on or before **November 6, 2013**.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge