UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WESLEY ANTWAN GULLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-371 |
| v. ) | (BUNNING/GUYTON) |
| ) | |
| MICHAEL A. LAPAGLIA, M.D., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Allow Third Amendment to Complaint [Doc. 88], in which Plaintiff moves the Court to allow him to amend his complaint a third time. At the hearing held December 17, 2013, counsel for the Defendants represented that, while the Defendants would not consent to the request to amend, the Defendants would not oppose the request to amend.

The Court has considered the Motion to Allow Third Amendment to Complaint [Doc. 88], and the Court finds that it complies with Local Rule 15.1. The Court finds that allowing the amendment will not prejudice the Defendants and that the amendment should be permitted pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Accordingly, the Motion to Allow Third Amendment to Complaint **[Doc. 88]** is **GRANTED**. Plaintiff **SHALL FILE** his Third Amended Complaint on or before **December 27, 2013**.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge